UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALISSA M. WAUPOOSE,
RONALD J. FRECHETTE, JR., and
KELLY J. NACOTEE,

        Defendants.

Case No. 19-CR-

[21 U.S.C. §§ 813 and 841;
18 U.S.C. §§ 4, 1111(a),
1153, and 2]

**Green Bay Division**

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 13, 2016, in the State and Eastern District of Wisconsin,

**ALISSA M. WAUPOOSE and
RONALD J. FRECHETTE**

knowingly and intentionally distributed a mixture and substance containing Furanyl Fentanyl, an analogue of a Schedule II controlled substance.

2. The death of John Doe, on or about September 13, 2016, resulted from the Furanyl Fentanyl distributed by Waupoose and Frechette.

All in violation of Title 21, United States Code, Sections 813, 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 13, 2016, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**ALISSA M. WAUPOOSE and
RONALD J. FRECHETTE,**

each being a Native American Indian, did unlawfully kill John Doe with malice aforethought, by distributing a controlled substance.

In violation of Title 18, United States Code, Sections 1111(a), 1153, and 2.

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 13, 2016, in the State and Eastern District of Wisconsin,

**KELLY J. NACOTEE,**

having knowledge that Ronald J. Frechette, Jr., committed the crime of distribution of controlled substance in violation of Title 21, United States Code, Sections 813, 841(a)(1), and 841(b)(1)(C), failed to notify as soon as possible an authority under the United States that the crime had been committed and instead took affirmative steps to conceal the crime; namely, Nacotee deleted text messages from a phone used by Ronald J. Frechette, Jr.

In violation of Title 18, United States Code, Section 4.

A TRUE BILL:

_____
FOREPERSON

Dated: 3-26-2019

_____
MATTHEW D. KRUEGER
United States Attorney

3