

**MENOMINEE INDIAN TRIBE OF WISCONSIN**
TANIF JOB TRAINING FSET INCOME MAINTENANCE
**COMMUNITY RESOURCE CENTER**

March 13, 2020

Mr. Thomas Erickson
Attorney At Law
316 N. Milwaukee St #206
Milwaukee, WI 53202

RE: ALISSA M. WAUPOOSE – Character review.

This letter is on behalf of the request of Alissa M. Waupoose and the Menominee TANF program. She has provided a verbal release and signed a release of information for this purpose.

Ms Waupoose has participated with the TANF program since 12/17/2019. Since her approval date she has met the minimum or exceeded her monthly hours of participation. Goals set and completed included a TABE test, Career Locker Interest Profiler, AODA treatment sessions, obtaining her WI driver's license and properly registering her vehicle.

Future goals include basic budgeting, attending job related trainings such as REAL COLORS, First Aid & CPR certification, Positive Indian Parenting and maintaining all probation and court orders. Ms. Waupoose as taken the initiative to attend local NA & AA meetings which are counted as TANF participation. Other cultural & library activities which include her children's participation are encouraged and included into her TANF plan.

Ms. Waupoose has shown maturity and growth during the 3+ months of TANF participation. She has shown remorse and accepts responsibility of her past actions. Productive reviews of utilizing her past to better her future and decision making has been displayed within the program and her daily life. She is a loving and caring mother of her children and is invested in maintaining a healthy lifestyle for her family.

I enjoy working with Ms. Waupoose and look forward to her continued growth. Thank you for taking the time to read my observations and input.

Sincerely,
Jamie L. Awonohopay
MITW TANF Caseworker
715-799-5137
jlawonohopay@mitw.org